UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULA J. SWEIS, | No. 2:16-cv-2213 KJN |
| Plaintiff, | |
| v. | ORDER |
| BOSTON MARKET CORPORATION, | |
| Defendant. | |

On December 5, 2016, this case was referred to the undersigned for all further proceedings, including the entry of final judgment. (ECF No. 7.) Accordingly, IT IS HEREBY ORDERED that:

1. A status (pretrial scheduling) conference is set for January 19, 2017, at 10:00 a.m., in Courtroom No. 25 before the undersigned.
2. No later than seven (7) days prior to that conference, the parties shall file an updated joint status report.
3. Counsel may, but are not required to, make arrangements for a telephonic appearance at the status conference by contacting the undersigned's courtroom deputy clerk at (916) 930-4187.

IT IS SO ORDERED.

Dated:  December 6, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1